# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| University of Tennessee Research Foundation and Saint Matthew Research, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Amazon.com, Inc. and Amazon Web Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-181 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com, Inc.
Serve Registered Agent: Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wayne A. Ritchie II
Ritchie, Dillard, Davies & Johnson, P.C.
606 W. Main St., Suite 300
Knoxville, Tennessee 37902
(865) 637-0661

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____05/02/2017_____     _____
                                    *Signature of Clerk or Deputy Clerk*



Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amazon.com, Inc.
was received by me on *(date)* 5-8-2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Amazon.com, Inc. on *(date)* 5-11-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-15-2017

*Linda Carter*
Server's signature

Linda Carter, Paralegal
Printed name and title

P.O. Box 1126, Knoxville, TN 37901
Server's address

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Sheila Wilkes*  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Amazon.com, Inc.<br>Serve: Corporation Service Company<br>2711 Centerville Rd, Ste. 400<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UTRF

MAY 1 5 2017

Wayne A. Ritchie II
Ritchie, Dillard, Davies & Johnson, P.C.
Post Office Box 1126
Knoxville, Tennessee 37901-1126

17-cv-00181-HSM-CCS Document 9 Filed 05/15/17 Page 5 of 7 PageI

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70111150000101422240

   Delivered

**On Time**
**Updated Delivery Day:** Thursday, May 11, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Return Receipt
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 11, 2017, 12:01 pm | Delivered | **WILMINGTON, DE 19808** |

Your item was delivered at 12:01 pm on May 11, 2017 in WILMINGTON, DE 19808.

| | | |
|---|---|---|
| May 11, 2017, 8:42 am | Arrived at Unit | WILMINGTON, DE 19808 |
| May 11, 2017, 8:23 am | Out for Delivery | WILMINGTON, DE 19808 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 11, 2017, 8:13 am | Sorting Complete | WILMINGTON, DE 19808 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**