UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:17-cv-181-HSM-CCS |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is an Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Complaint to July 31, 2017 [Doc. 11]. The Motion was filed by the Plaintiffs because counsel has not appeared in this case on behalf of the Defendants. For grounds, the Motion states that in-house counsel for the Defendants contacted Plaintiffs' counsel and requested the extension to allow a reasonable time for the allegations of the Complaint to be reviewed and investigated. The Motion states that the Complaint alleges that the Defendants infringe five patents. The Plaintiffs do not oppose the request.

Accordingly, for good cause shown, the Court **GRANTS** the Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Complaint to July 31, 2017 [**Doc. 11**]. The Defendants **SHALL** respond to the Complaint on or before **July 31, 2017**.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge