IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC,<br><br>      *Plaintiffs*,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.<br><br>      *Defendants*. | Civil Action No. 3:17-cv-00181-HSM-CCS |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Amazon.com, Inc., and Amazon Web Services, Inc., by and through undersigned counsel, hereby disclose the following:

- Amazon Web Services, Inc. is a wholly owned indirect subsidiary of Amazon.com, Inc.

- Amazon.com, Inc., is a publicly traded company. No company owns more than 10% of its outstanding stock.

Dated: August 31, 2017                          Respectfully Submitted,

                                                PAINE BICKERS LLP

*/s/ Mark N. Reiter*                            Matthew J. Evans (BPR #017973)
GIBSON, DUNN & CRUTCHER LLP                     Lindsey M. Collins (BPR #033426)
Mark N. Reiter (admitted pro hac vice)          900 South Gay Street, Suite 2200
mreiter@gibsondunn.com                          Knoxville, TN 37902-1821
Michael A. Valek (admitted pro hac vice)        Tel: (865) 525-0880
mvalek@gibsondunn.com                           Fax: (865) 521-744
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

GIBSON, DUNN & CRUTCHER LLP
Neema Jalali (admitted pro hac vice)
njalali@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Amazon.com, Inc., and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Mark N. Reiter*
Mark N. Reiter