IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. <br><br> *Defendants*. | Civil Action No. 3:17-cv-00181-HSM-CCS |

**DEFENDANTS' MOTION TO DISMISS OR TRANSFER**
**FOR IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM**

Defendants Amazon.com, Inc., and Amazon Web Services, Inc., hereby move the Court to dismiss Plaintiffs' Complaint (Dkt. 1) under Federal Rule of Civil Procedure 12(b)(3) for improper venue and under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In the alternative to dismissal for improper venue, Defendants move to transfer the case to either the Western District of Washington or the Northern District of California under 28 U.S.C. § 1406(a). In support of this motion, Defendants show as follows:

Plaintiffs' Complaint should be dismissed under Rule 12(b)(3), or transferred to a proper venue under 28 U.S.C. § 1406(a), because Plaintiffs do not allege, and cannot show, that either Defendant resides in or "has committed acts of infringement and has a regular and established place of business" in this District. 28 U.S.C. § 1400(b). In addition, Plaintiffs' Complaint fails to allege facts plausibly supporting Plaintiffs' allegations of patent infringement under the pleading standard recited in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). For that reason, it should also be dismissed under Rule 12(b)(6).

This Motion is supported by the following documents which are filed contemporaneously herewith: (1) Declaration of Dennis Wallace; (2) Declaration of Michael A. Valek and Exhibit B-1 thereto; and (3) Declaration of Bo Thomas. In further support of this motion, Defendants rely on their Brief in Support of Their Motion to Dismiss or Transfer for Improper Venue and for Failure to State a Claim, filed herewith.

Therefore, for the reasons stated herein and in the other documents filed in support of Defendants' motion, Defendants respectfully request that the Court grant their Motion to Dismiss or Transfer.

Dated: August 31, 2017

*/s/ Mark N. Reiter*
GIBSON, DUNN & CRUTCHER LLP
Mark N. Reiter (admitted pro hac vice)
mreiter@gibsondunn.com
Michael A. Valek (admitted pro hac vice)
mvalek@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

GIBSON, DUNN & CRUTCHER LLP
Neema Jalali (admitted pro hac vice)
njalali@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306

Respectfully Submitted,

PAINE BICKERS LLP
Matthew J. Evans (BPR #017973)
Lindsey M. Collins (BPR #033426)
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Tel: (865) 525-0880
Fax: (865) 521-744

*Attorneys for Defendants Amazon.com, Inc., and Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Mark N. Reiter*
Mark N. Reiter