# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION and SAINT MATTHEW RESEARCH, LLC,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.<br><br>　　　　*Defendants*. | Civil Action No. 3:17-cv-00181-HSM-CCS |

**DECLARATION OF MICHAEL A. VALEK IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS OR TRANSFER
FOR IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM**

I, Michael A. Valek, declare as follows:

1. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP, representing Defendants Amazon.com, Inc., and Amazon Web Services, Inc., in this matter. I make this declaration in support of Defendants' Motion to Dismiss or Transfer for Improper Venue and for Failure to State a Claim. The facts set forth herein are based on my personal knowledge and, if called upon to testify, I can and will competently testify thereto.

2. Attached hereto as Exhibit B-1 is a true and correct copy of the Form 10-K of Amazon.com, Inc., for the fiscal year ended December 31, 2016.

Dated: August 31, 2017

　　　　　　　　　　　　　　　　　　　　　　　/s/　　*Michael A. Valek*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Valek