# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**<br><br>*Defendants*. | Civil Action No. 3:17-cv-00181-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES ON BRIEFING OF AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM <u>PENDING VENUE DISCOVERY</u>

Plaintiffs University of Tennessee Research Foundation ("UTRF") and Saint Matthew Research, LLC ("SMR") (collectively, "Plaintiffs"), through undersigned counsel, respectfully request that the Court enter an Order modifying the briefing schedule pertaining to Defendants Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively, "Amazon") Motion to Dismiss For Improper Venue and for Failure to State a Claim (Dkt. No. 24, "Motion") to allow time for Plaintiffs to obtain discovery from Amazon relating to Amazon's pending Motion.

The current deadline for Plaintiffs' Response to Amazon's Motion is September 21, 2017. Plaintiffs respectfully request, and Defendants do not oppose, an Order extending the briefing schedule on Amazon's pending Motion to allow for reasonably-tailored, venue-related discovery. Accordingly, Plaintiffs hereby request, and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. do not oppose, that briefing on Amazon's pending Motion be extended and that the following briefing and venue discovery schedule be entered as to Plaintiffs and Amazon:

1

| Event | Deadline |
|---|---|
| Deadline to complete venue discovery | October 27, 2017 |
| Plaintiffs' deadline to respond to Amazon's Motion | November 10, 2017 |
| Amazon's deadline to file its Reply in support of its Motion | November 21, 2017 |

Dated:  September 15, 2017

Respectfully submitted,


s/Daniel P. Hipskind_____
WAYNE A. RITCHIE II (BPR 013936)
JAMES R. STOVALL (BPR #032512)
RITCHIE, DILLARD, DAVIES
& JOHNSON, P.C.
606 West Main Avenue, Suite 300
P.O. Box 1126
Knoxville, Tennessee 37901-1126
(865) 637-0661
E-mail: war@rddjlaw.com
E-mail: jstovall@rddjlaw.com

OF COUNSEL:

Dorian S. Berger (CA SB No. 264424)
*Admitted pro hac vice*
Daniel P. Hipskind (CA SB No. 266763)
*Admitted pro hac vice*
Eric B. Hanson (CA SB No. 254570)
*Admitted pro hac vice*
BERGER & HIPSKIND LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Plaintiffs University of Tennessee Research Foundation and Saint Matthew Research, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this September 15, 2017 with a copy of this document via the Court's CM/ECF System.

/s/ Daniel P. Hipskind  
Daniel P. Hipskind