IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION AND SAINT MATTHEW RESEARCH, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**<br><br>*Defendants.* | Civil Action No. 3:17-cv-00181-HSM-CCS<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES ON BRIEFING OF AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S MOTION TO DISMISS DUE TO IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM PENDING VENUE DISCOVERY
### [PROPOSED]

Plaintiffs University of Tennessee Research Foundation ("UTRF") and Saint Matthew Research, LLC ("SMR") (collectively, "Plaintiffs") have filed a motion to modify the briefing schedule pertaining to Defendants Amazon.com, Inc. and Amazon Web Services, Inc.'s Motion to Dismiss for Improper Venue and for Failure to State a Claim pursuant to the following schedule:

| Event | Deadline |
|---|---|
| Deadline to complete venue discovery | October 27, 2017 |
| Plaintiffs' deadline to respond to Amazon's Motion | November 10, 2017 |
| Amazon's deadline to file its Reply in support of its Motion | November 21, 2017 |

For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2017.

_____
Hon. Henry S. Mattice, Jr.
Judge, United States District Court